||**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.
**Dated: July 12, 2010** |
|---|---|
|**TIFFANY & BOSCO** P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192|_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**|

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12152

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
|IN RE:
Mark Joseph Butera and Donna Lynne Butera
      Debtors.
_____
U.S. Bank, National Association
      Movant,
  vs.
Mark Joseph Butera and Donna Lynne Butera
Debtors; Anthony H. Mason, Trustee.
      Respondents.|No. 2:10-bk-08534-RJH

Chapter 7

O R D E R

(Related to Docket #15)

Hearing Date: July 12, 2010|

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 27, 2006, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Mark Joseph Butera and Donna Lynne Butera have an interest in, further described as:

    A certain tract or parcel of land in Maricopa County, in the State of Arizona, described as follows;

Lot NINE (9), SADDLE RANCH ESTATES UNIT 1, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 302 of Maps, page 42.

EXCEPT all oil, gas, and other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other mineral which is or may be determined by me laws of the United States to be peculiarly essential to the production of fissionable materials, in Patent to said land recorded November 13th, 1986 in Document No. 86-627075, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12152

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-08534-RJH |
| Mark Joseph Butera and Donna Lynne Butera | Chapter 7 |
| | NOTICE OF LODGING ORDER |
| Debtors. | (Related to Docket #15) |

U.S. Bank, National Association, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 12th day of July, 2010.

                                  Respectfully submitted,

                                  TIFFANY & BOSCO, P.A.

                                  BY   /s/ MSB # 010167
                                       Mark S. Bosco
                                       Leonard J. McDonald
                                       Attorneys for Movant

Copy of the foregoing was
mailed this 12th day of July, 2010

Mark Joseph Butera and Donna Lynne Butera
4618 W. Parkview Circle
Glendale AZ 85310
Debtors

Lyndon B. Steimel
14614 North Kierland Blvd.
Suite N-135
Scottsdale AZ 85254
Attorney for Debtors

Anthony H. Mason
P.O. Box 4427
Phoenix, AZ 85030
Trustee

By: <u>Paulina Ponitowski</u>

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12152

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark Joseph Butera and Donna Lynne Butera<br>　　　Debtors.<br>―――――――――――――――――――<br>U.S. Bank, National Association<br>　　　　Movant,<br>　　vs.<br><br>Mark Joseph Butera and Donna Lynne Butera,<br>Debtors, Anthony H. Mason, Trustee.<br><br>　　　　Respondents. | No. 2:10-bk-08534-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #15) |

,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 27, 2006, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Mark Joseph Butera and Donna Lynne Butera have an interest in, further described as:

A certain tract or parcel of land in Maricopa County, in the State of Arizona, described as follows;

Lot NINE (9), SADDLE RANCH ESTATES UNIT 1, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 302 of Maps, page 42.

EXCEPT all oil, gas, and other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other mineral which is or may be determined by me laws of the United States to be peculiarly essential to the production of fissionable materials, in Patent to said land recorded November 13th, 1986 in Document No. 86-627075, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.